**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6705

ALONZO S. SESSOMS,

Plaintiff - Appellant,

versus

S. K. YOUNG, Warden; T. JOHNSON, Head Nurse;
JANE DOE; JOHN DOE,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-00-302-7)

Submitted:  September 14, 2000          Decided:  October 5, 2000

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Alonzo S. Sessoms, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alonzo S. Sessoms appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. A dismissal without prejudice is not reviewable by the court unless the reasons stated for the dismissal clearly disclose that no amendment to the complaint could cure its defects. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). In the present case, the district court properly found that Sessoms failed to allege all of the elements necessary to support his claim of deliberate indifference to a serious medical need. Because Sessoms can cure these defects by amending his complaint, we dismiss this appeal. We deny Sessoms' motion for appointment of counsel and his motion for a jury trial. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED